IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| THOMAS HOFFNER, JR. | : | NO. 00-456-2 |

<u>ORDER</u>

AND NOW this 6th day of June 2022, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the pro se motion of Thomas Hoffner, Jr. for early termination of his supervised release (Doc. # 580) is GRANTED, effective immediately.

BY THE COURT:

/s/ Harvey Bartle III
                       J.